```
___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
       COUNSEL/PARTIES OF RECORD

         APR  -  3  2018

     CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18-mj-126-CWH |
| | ) | |
| vs. | ) | **ORDER QUASHING WARRANT** |
| | ) | |
| ANGEL GARCIA FLORES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant having responded to the summons issued and having appeared for the initial appearance set April 3, 2018 in this matter,

IT IS HEREBY ORDERED that the warrant issued by the Court on March 23, 2018, is QUASHED.

DATED this 3rd day of April, 2018.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge