# FILED

## UNDER

# SEAL

Case 2:18-cr-00315-JCM-CWH   Document 74   Filed 07/03/18   Page 1 of 4

DAYLE ELIESON
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd South
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:18-MJ-00126-CWH-3 |
| Plaintiff ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| ANGEL FLORES ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

      Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Kelly A. Bowen</u>, Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

      Dated this <u>3rd</u> day of July, 2018.

                                                    DAYLE ELIESON
                                                    United States Attorney

                                                    By      /S/
                                                       SUSAN CUSHMAN
                                                       Assistant U.S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. ANGEL FLORES                                   Docket No. 2:18-MJ-00126-CWH-3

Petition for Action on Conditions of Pretrial Release

COMES NOW KELLY A. BOWEN, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Angel Flores, who was placed January 31, 2018, on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall abide by all conditions of release of any current term of parole, probation, or supervised release.
3. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, NV.
4. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
5. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
6. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
7. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
8. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.

On February 2, 2018, Pretrial Services filed a petition requesting his bond be modified to include the following, which was granted by Your Honor, on the same day.

1. Submit to a substance abuse assessment and any recommended treatment as directed by Pretrial Services.   The defendant shall pay all or part of the costs of treatment based upon his ability to pay.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. The defendant stalled when asked to provide a sample for drug testing on the following dates: May 25, 2018 and June 8, 2018.
2. The defendant failed to report for drug testing on the following dates:   June 11, 2018, June 14, 2018, and June 25, 2018.
3. The defendant failed to report attend lifeskills class on the following dates:   June 14, 2018, June 21, 2018, and June 28, 2018.
4. The defendant failed to attend counseling on the following date: June 27, 2018.
5. The defendant has failed to report to his state probation as directed monthly and last reported March 2018.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE.   FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this __3__ day of July, 2018, and ordered filed and made a part of the records in the above case. | Executed on this 3rd day of July, 2018 |
| | Respectfully Submitted, |
| _____ | _____ |
| Honorable Carl W. Hoffman, JR. | Kelly A. Bowen |
| United States Magistrate Judge | United States Pretrial Services Officer |
| | Place: Las Vegas, Nevada |