DAYLE ELIESON
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5053 / Fax: (702) 388-5087
brandon.jaroch@usdoj.gov

*Counsel for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGEL GARCIA FLORES,<br><br>    Defendants. | Case No.: 2:18-mj-00126-CWH<br><br>Stipulation to Continue Preliminary Hearing Date (Eighth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America and JESS MARCHESE, Esq., counsel for the defendant ANGEL GARCIA FLORES:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR October 15, 2018, at 4:00 p.m., before Magistrate Judge Carl W. Hoffman, be vacated and set to a time convenient for the Court, but no later than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The Government and the defendant have entered into a plea agreement that has been filed with the District Court and currently set for a change of plea hearing on November 5, 2018. Therefore, the parties request additional time to allow for the change of plea hearing to occur which would then alleviate the need for a preliminary hearing or indictment.

2. Counsel for the defendant and counsel for the government agree to the continuance.

3. The defendant is detained and agrees to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the eighth request for a continuance.

Dated this 11th day of October, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

/s/ *Jess Marchese*
JESS MARCHESE, Esq.
Counsel for FLORES

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGEL GARCIA FLORES,<br><br>    Defendant. | Case No.: 2:18-mj-00126-CWH<br><br>Stipulation to Continue Preliminary Hearing Date (Eighth Request) |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for October 15, 2018, at 4:00 p.m., be vacated and continued to  November 30, 2018 , at     4:00     p.m.

DATED this  11  day of October, 2018.

_____
HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

3